In re BANISTER'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of probate of the alleged last will and testament of George Banister, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs to respondents payable out of the estate.

McLENNAN, P. J., not voting.